UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KURTIS J. DENEEN, | Case No. 2:11-cv-00573-MMD-CWH |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION – dkt. no. 26 |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Before this Court is the Report and Recommendation of the United States Magistrate Judge (dkt. no. 26), entered by the Honorable C. W. Hoffman, Jr. regarding Plaintiff Kurtis J. Deneen's Motion for Reversal or In the Alternative Motion for Remand (dkt. no. 23, filed January 13, 2012). No objection was filed to Magistrate Judge Hoffman's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)-(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Hoffman should be accepted and adopted in whole.

Accordingly, IT IS ORDERED that the Report and Recommendation (dkt. no. 26) is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reversal or In the Alternative Motion for Remand (dkt. no. 23) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (dkt. no. 24) is GRANTED.

ENTERED THIS 14th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE